

Kelly E. Farnan
302-651-7705
Farnan@RLF.com

November 5, 2024

**BY CM/ECF**
The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    *In re: Letter Request from The Netherlands,*
                  C.A. No. 24-cv-00861-GBW

Dear Judge Williams:

      Pursuant to Local Rule 7.1.4, I write on behalf of applicants in the above-referenced matter, Adobe Inc. and Adobe Systems Software Ireland Limited (collectively, "Adobe"), to request oral argument on an expedited basis on Adobe's Motion for Reargument (D.I. 22). Briefing was completed on November 4, 2024 (D.I. 23).

      Adobe has an urgent need for the discovery requested by its Section 1782 subpoenas, **with an impending deadline of December 6, 2024 to submit evidence** in the Dutch Proceeding in support of its admissibility defenses, which will be put forward at a hearing scheduled for December 17, 2024. After the hearing, Adobe will not be able to submit additional evidence regarding admissibility, and if the Dutch Court holds that SDBN's case is admissible, then the case will proceed to the merit phase. Accordingly, Adobe respectfully requests that oral argument be scheduled on an expedited basis at the Court's earliest convenience.

      We appreciate the Court's consideration of this request.

                                                   Respectfully,

                                                   */s/ Kelly E. Farnan*

                                                   Kelly E. Farnan (#4395)

cc:    All Counsel of Record (via CM/ECF and electronic mail)